**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,        )<br>                                  )<br>               Plaintiff,         )<br>                                  )<br>          v.                      )<br>                                  )<br>Adam Lamont Bealey,               )<br>                                  )<br>               Defendant.         )<br>_____) | 04-4284M-001-PHX-LOA<br><br><br><br><u>ORDER AND JUDGMENT</u> |

The defendant was originally placed on probation by Magistrate Judge Verkamp on December 6, 2004. On November 8, 2005, a Petition on Probation was filed alleging a violation of Standard Condition No(s). 4, 7, and 17 and Special Condition No.(s) 3, 4, 5, and 6. On December 12, 2005 revocation and disposition hearings were conducted at which time the defendant admitted to violating Special Condition No(s). 3 and 6.

On December 12, 2005, the defendant appeared with counsel, Tyrone Mitchell, and the Government was represented by AUSA Michael Lee for the final disposition hearing.

**IT IS ORDERED** terminating the defendant's probation unsuccessfully.

**IT IS FURTHER ORDERED** that judgment is entered against Defendant and in favor of Plaintiff. The defendant is sentenced to **NINETY (90) DAYS** of imprisonment and is hereby given **TWENTY-SEVEN (27) DAYS** of credit served. The special assessment of $10.00 is hereby remitted.

1     **IT IS FURTHER ORDERED** that the pending allegations are
2 dismissed without prejudice.
3     **IT IS FURTHER ORDERED** that the Defendant is advised of his
4 right to appeal the imposed sentence by filing a Notice of Appeal
5 within 10 days from the date of entry of this order.
6     Dated this 16th day of December, 2005.

Lawrence O. Anderson
United States Magistrate Judge

2